**Exhibit A to the Complaint**

**Location:** Lewisville, TX  
**Total Works Infringed:** 56

**IP Address:** 72.180.46.138  
**ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 4B1F57447FE830921EA68558205337FB35DE6700<br>File Hash: 79F8467976E46ED3C3CBAC5E1230132C1858E94F8905FE628C2D09C8F40367D7 | 02-14-2022 17:39:05 | Blacked | 02-12-2022 | 02-14-2022 | PA0002335505 |
| 2 | Info Hash: 3573BF72004CCEC9F094489ACD66C333342B7E19<br>File Hash: 38C0674378E984C40D8A0F9B4C578F8B6884390C18F467B86D0F9EAE449B998E | 02-11-2022 22:17:42 | Blacked Raw | 02-07-2022 | 02-14-2022 | PA0002335458 |
| 3 | Info Hash: EE2CF90BCF1DCB15939DEC05742A41DC03B966FF<br>File Hash: B1035C95DFA3195E061DB932A659C132B33B11913C4105FCF7CFF6FEF7D92D97 | 02-08-2022 05:42:33 | Blacked | 02-05-2022 | 02-14-2022 | PA0002335503 |
| 4 | Info Hash: B82C01991EEB4A25F31C65FF84CDC8CB1B253F59<br>File Hash: CF5A358526923E89773249E53032E4B840AE51281850ABEE0268E3D4A18164A7 | 02-08-2022 05:34:24 | Vixen | 02-04-2022 | 02-14-2022 | PA0002335462 |
| 5 | Info Hash: 916CA9DE0ADA1A842DE55489733589875348AD9B<br>File Hash: B602B46509C74175A63A902A3F7F1FBBE4B77025E261C9366CB510E3B649A2EA | 02-02-2022 16:52:10 | Blacked Raw | 01-31-2022 | 02-14-2022 | PA0002335501 |
| 6 | Info Hash: 219646C6A2BE95846F85B680A80E4003916758B1<br>File Hash: 3D644DF15A02586AD4A99F31146F41DC6D29A7560013D39F8A9D0D2154148AC9 | 02-01-2022 07:21:09 | Blacked | 01-29-2022 | 02-14-2022 | PA0002335485 |
| 7 | Info Hash: 775DEB6869799752C425208A57EC76F2FD91B60C<br>File Hash: C7AF91E7382DAFE1AC88504E58F319D0553667EBD1539184C2C5ACF67D53CFFC | 01-24-2022 06:23:56 | Vixen | 01-21-2022 | 02-14-2022 | PA0002335466 |
| 8 | Info Hash: 4BA313390DE8B8F5CDDCE0F6D2132545ABC65A4B<br>File Hash: 09BA34BE40D90C07C69205C1C2FEF8AA41FB0DD3BE90FCAAEB0E25E4C034B90A | 01-24-2022 06:07:32 | Blacked | 01-22-2022 | 02-14-2022 | PA0002335440 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 4E478C0D6C13D7F2E0DB6AE09D6260378FACC3C9<br>File Hash: F040BDD4A99C0DE4A6ED420EBABD975406DC2FC4B90A275D0DAA98BAC9A49012 | 01-13-2022 19:15:55 | Blacked | 01-08-2022 | 01-17-2022 | PA0002330123 |
| 10 | Info Hash: 9FC9CCF03D4F5C70B5C5D838A2C2B0E54712D689<br>File Hash: 39D230A3E672E3C9773AA53CADF0922594F2F9DCB6B1E376DF5833EAF25A0B9D | 01-13-2022 19:13:30 | Blacked Raw | 01-10-2022 | 02-14-2022 | PA0002335456 |
| 11 | Info Hash: 09D9032A2A970429F03691B86CDE4626FA367516<br>File Hash: E02A28D4BC94CF2BB047936D0F077C282A44EB41C8231CABDFF014E0E6AC4B20 | 12-30-2021 17:58:45 | Blacked Raw | 12-27-2021 | 01-17-2022 | PA0002330095 |
| 12 | Info Hash: 1046E817AEB1AB53551EFDDC2F42EBBDE45D0DFF<br>File Hash: 97CFD791A0EFDE2A75DF47466A52FFEF394365003CACC8965C4E94E9B274E504 | 12-23-2021 06:12:37 | Blacked Raw | 12-20-2021 | 01-17-2022 | PA0002330107 |
| 13 | Info Hash: 3FE961EE90C2E5C570D1558C2B2D1943CB2219CB<br>File Hash: 55C9681E8D9E09D407E04F41BE38EBB3DFB942FC52C7C97F531E2DDBD2A4C779 | 12-07-2021 23:35:19 | Blacked | 12-04-2021 | 12-09-2021 | PA0002325833 |
| 14 | Info Hash: 83C10AC3DC9C9413F496041CEB8C6179D6988EFA<br>File Hash: E84F55F2C80B73918BAA690307D345546CA419A098701E1835E4CA41A03BA11D | 12-04-2021 16:18:03 | Tushy | 11-28-2021 | 02-14-2022 | PA0002335497 |
| 15 | Info Hash: EB2FA6D8D0F409495CFD399CD2DF142F55EB24D4<br>File Hash: F6094559C3FA16B75D2E4A8D84124BBF01D59B4C80814C7507E0657BFDFD7D35 | 11-25-2021 17:46:18 | Blacked Raw | 11-22-2021 | 12-09-2021 | PA0002325831 |
| 16 | Info Hash: DB89B75E9DAD31F15DC983AABCEB9AE720EDB193<br>File Hash: 4944D7029732BDEAB22221D7A9735586B69A051A79247640CBDDC1C8D2D2F2DF | 11-25-2021 03:43:26 | Vixen | 11-12-2021 | 12-09-2021 | PA0002325810 |
| 17 | Info Hash: 87F468553EA23E72D28CA890B907929E9C4EAD08<br>File Hash: C13DB6BD87D82DA98768640105FE654F244CE5593E27C6AE9EA8A4287E12B12D | 11-23-2021 15:28:47 | Blacked | 11-20-2021 | 12-09-2021 | PA0002325817 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 38E1C4FE77CED07ED8EE5AC43F4A7CDAAE9BFFEF<br>File Hash: 10467AE9BA26B351AD5C348A13F809AE199EE804D187DA2814055947234096A7 | 11-23-2021 15:09:36 | Blacked Raw | 11-15-2021 | 12-09-2021 | PA0002325813 |
| 19 | Info Hash: 5AE06657B0A1262628E416B5D64EAC7FB92CE5AF<br>File Hash: FD3BB85EFD41C7A2A819AD2ADA565E4AF1A3EE6DF78ADEF9603C1BE66561E3F0 | 11-01-2021 13:36:39 | Blacked | 10-30-2021 | 11-11-2021 | PA0002321300 |
| 20 | Info Hash: F3BDB02185AB3B5B48C4EEF425AC94AF5D61BA35<br>File Hash: 650DAE7596F611299044484E9441EE6ABC41A4628A930BD4BB47F1A8857E8A83 | 11-01-2021 12:58:03 | Vixen | 10-29-2021 | 11-11-2021 | PA0002321280 |
| 21 | Info Hash: 0556BB418BB883A18019D2498F9763DA83DBE097<br>File Hash: A04E22EF63D6E667C7D75921B263C68C8C9FFA058DF066F0F50E7A645BC9372B | 10-28-2021 15:13:23 | Blacked Raw | 10-25-2021 | 11-11-2021 | PA0002321278 |
| 22 | Info Hash: 044E18736573C1921E8FFC1A4B8520E14B10DA16<br>File Hash: 799FCC0D16D40F531208EFC7E8ED3DD86A315CF59AADF5029B0A1AACE1E44346 | 10-24-2021 16:05:32 | Blacked Raw | 10-18-2021 | 11-11-2021 | PA0002321314 |
| 23 | Info Hash: 6035AA12C63BA7B5A3BD424C629C41DCB5C5E94D<br>File Hash: A5330871A31599822F5ECED5AB8C9376CD354FB59A0728B501459406CA1FA6A3 | 10-15-2021 06:27:50 | Blacked Raw | 10-11-2021 | 10-19-2021 | PA0002317052 |
| 24 | Info Hash: 6A00B3AD102D29D6DA16E2BADEA04A681F2A2E3B<br>File Hash: 26AD108DA490FC73928B0AEA7A7919DB19D248D8BF277589820998B4829B41F0 | 10-09-2021 16:01:41 | Blacked Raw | 10-04-2021 | 10-19-2021 | PA0002317056 |
| 25 | Info Hash: F6DF6136036FD1AC6A63FC65223FB3548A7A67FB<br>File Hash: C126126E12706240571EBD2119FA12AB4463F0F5B304E6DF6EE908560F1E9AA5 | 10-03-2021 16:25:14 | Blacked | 09-29-2021 | 11-11-2021 | PA0002321302 |
| 26 | Info Hash: 53FC7EC290722C6733CAB27F065ED79D309A1AE9<br>File Hash: 584E3F7E0529E19FFA76EF625FDA3D97BB860E44CA4E98FDD795985F200171F6 | 09-28-2021 18:05:27 | Blacked Raw | 09-20-2021 | 11-11-2021 | PA0002321298 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 8E53FF2E1F38259E5F74502C9F49DBDAC1BC341B<br>File Hash: 457946B198BE4FA38CC1DD3CB44F63670A89961950BF542FCC977EB501794233 | 09-19-2021 14:35:09 | Vixen | 09-17-2021 | 10-05-2021 | PA0002315292 |
| 28 | Info Hash: 44510C39CBDE623DB076713726B8EE66A5153FA8<br>File Hash: 86FF2D94459908CB93FD1A67A831204DD7F2EDB3EDBEB5538D485E3FD012349E | 09-19-2021 14:15:35 | Blacked Raw | 09-13-2021 | 11-11-2021 | PA0002321292 |
| 29 | Info Hash: 64C5FE3D236310F40A80E7FBC9905050811C3CB6<br>File Hash: 2FC8A2A0D43277B48375863E8F59D1CAFF37560781141E53CAB03956CC4901CD | 09-17-2021 06:26:37 | Vixen | 09-13-2021 | 10-05-2021 | PA0002315286 |
| 30 | Info Hash: 23E524B0905E4F08AC4DB56458DE4BFF630E5FC0<br>File Hash: 2FBD2F2BACD9EDE39841A69A16DAF48ACAA076C3AD4255D97CC255A59E4B50D0 | 09-17-2021 05:59:30 | Vixen | 09-13-2021 | 09-30-2021 | PA0002319739 |
| 31 | Info Hash: 81B754848E758295267C8F5A0C61B49648FAF122<br>File Hash: F8569ABFA44E499C9579796053CD159215AA1893FCA5DAA8DD70A22F6450D182 | 09-17-2021 05:47:30 | Blacked | 09-13-2021 | 10-05-2021 | PA0002315289 |
| 32 | Info Hash: A98B919CC1533CAE523CAFFD685F081F76795914<br>File Hash: 960C0F6EC48DE7B3694E521F123FDE3BB8213D344915BA1C6494CC096D79D029 | 09-06-2021 18:39:16 | Blacked | 09-04-2021 | 09-21-2021 | PA0002312679 |
| 33 | Info Hash: F4A97918835DD58FE77C6616EE92FF2840C5596A<br>File Hash: B89E9FB1DFA96D2D99CA79899F4D1E4DE93F49A3D29058DF1A2760B109555666 | 09-06-2021 17:41:35 | Tushy | 09-05-2021 | 09-21-2021 | PA0002312671 |
| 34 | Info Hash: 7B72E3B1893E2790EAB75ADEB289722092940998<br>File Hash: A1803B918EF27AC63E6EAC300110EBFBA330D06757F2F03E417971C2A3112386 | 08-27-2021 16:01:52 | Blacked Raw | 08-23-2021 | 09-21-2021 | PA0002312669 |
| 35 | Info Hash: DB8787A15D7F79AE6172B90270950685D88C0FAC<br>File Hash: 71703382467E412A069169BBB0661023A3536F5CD0C6D87ABB8747CDBAC78946 | 08-27-2021 15:18:17 | Vixen | 08-19-2021 | 10-05-2021 | PA0002315294 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: B22286C1F80403E5873A5A3F15FB4B270FB4CDFE  File Hash: 8EF209FB4B8236108E2F39BFE8228149F9871441CB59BC82AE25A07165DC070E | 08-27-2021 14:27:23 | Blacked | 08-19-2021 | 09-30-2021 | PA0002319753 |
| 37 | Info Hash: 6746F76DAB40993BD278D97863BA0C84EA2CD7A3  File Hash: F7D9D68B8FC913B7183B6763D7424B3FD8E74DCCCCA69EF5AF82640C3DB263A3 | 08-13-2021 08:23:27 | Blacked Raw | 08-09-2021 | 08-23-2021 | PA0002308396 |
| 38 | Info Hash: E79EC4D3FEB92367693E14BB727D49796B3C6C6F  File Hash: 51FC290F5DE0285E7040A7FD84A7DF71182816A326C1B56160787D513A7C0DD1 | 08-05-2021 16:02:54 | Blacked Raw | 08-02-2021 | 08-23-2021 | PA0002308428 |
| 39 | Info Hash: 85FE27D52F4EFE6486F8B6EAAB165B1DE246CC4D  File Hash: FB323E9CB9BB59ECE248735D58F6ECDDDE8A60BF7D7DAC31E7DFE51BFE3DED95 | 08-03-2021 04:47:27 | Blacked | 07-31-2021 | 08-23-2021 | PA0002308430 |
| 40 | Info Hash: 1D935A62F16EF42075C521A42D453CAB7BA7C368  File Hash: 8D159ADC28DDFC5B4BB6E608B489C2B3211B90C5DE1F4B59C26CC2BCEBF132BD | 08-01-2021 19:03:56 | Vixen | 07-30-2021 | 08-20-2021 | PA0002312017 |
| 41 | Info Hash: 79DFFF20AECDA023C36025B3991C6A147DE4E4F9  File Hash: 9B237157BFA7915EFF40E488846E6ADED443B73FC6F9F3CCACFAE31FA88B7CAA | 08-01-2021 18:35:23 | Blacked Raw | 07-26-2021 | 09-21-2021 | PA0002312675 |
| 42 | Info Hash: 46CA93AFA14271571A631415B20065417ADA1EE5  File Hash: 4491531E1415A18A5CE460CD1A5A17FC6BA7708895E8DF280AFC43BC2296B5ED | 07-27-2021 05:42:10 | Blacked | 07-24-2021 | 09-21-2021 | PA0002312682 |
| 43 | Info Hash: B54230515B0908BB56E4578841B788C38E6D665F  File Hash: 21BC1F5CABFE4D3023895A0872A8DAF327598A0747EFC117EF4C4B4E918C98E4 | 07-23-2021 18:04:19 | Blacked Raw | 07-19-2021 | 08-23-2021 | PA0002308404 |
| 44 | Info Hash: 93E2A5FE65E5A1C6FD78BEFFAE920CD4F7701877  File Hash: B01737AC50BC1B2716C06392CC8B6FE62736C8FF622FFA0F3C04D601409B6668 | 07-20-2021 15:08:25 | Tushy | 07-18-2021 | 08-02-2021 | PA0002305087 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 45 | Info Hash: 1E5CDFE4BEFF7F312A4F9D8900B825F08BA5E730 File Hash: D4BCE967F8E797FBAA05E21C462F75ED331F20365111635AC9C8D89F0919A31B | 07-20-2021 14:24:30 | Blacked | 07-17-2021 | 08-02-2021 | PA0002305089 |
| 46 | Info Hash: 454F1DF89C04DC37D4751C74FDA2BD1524A7BF87 File Hash: 5AB87E700F6CE71C5A22ED3D85E819CA76CFCFFEB03C2C9A518AEAEE5BD5BD0C | 07-18-2021 15:27:59 | Vixen | 07-16-2021 | 09-21-2021 | PA0002312673 |
| 47 | Info Hash: 94986CB806976C4C5198C16F0F1FAC040750B262 File Hash: 27538E82EE4D8260AE4CF252120D3FD292A27968154DD723E3EBF581A54C4B98 | 07-10-2021 11:15:04 | Vixen | 07-02-2021 | 08-20-2021 | PA0002312015 |
| 48 | Info Hash: DDE999204B8FAAD22500138F61043E3B73D51800 File Hash: 23D57BE19830213DE13C2E8CF63B5BECA369C1AC2511747745A2E3F8AFBF9451 | 07-10-2021 06:51:42 | Blacked Raw | 07-05-2021 | 08-02-2021 | PA0002305092 |
| 49 | Info Hash: 09062EB84D48B8D4625A0A3B86E851A64B200E52 File Hash: 57CB71074CE56964606BFC0769C42F98B94F7F580D9E2B2A27DDC51AB921F7D5 | 07-07-2021 18:18:47 | Blacked | 06-26-2021 | 07-08-2021 | PA0002300662 |
| 50 | Info Hash: F1D1362B8E52A189D033030CE6E49B0EC11339A1 File Hash: F86B8DDAD193FE44514056337B10668123D499D8821DCA3CFD88D62CD00DD04E | 07-07-2021 17:50:22 | Blacked Raw | 06-28-2021 | 07-08-2021 | PA0002300664 |
| 51 | Info Hash: 4D55E274BBF2E7B057CD8A007B340B8F471F92C4 File Hash: AC2FEAEF2A7C9D68EEBA90ED8249FD890523B6C78D3E851E5876566907DA1A10 | 07-06-2021 15:44:20 | Blacked | 06-19-2021 | 07-08-2021 | PA0002300660 |
| 52 | Info Hash: B93B469375A854DE092DDB78F45BC9F9CE5B9ED8 File Hash: 75505285620C45A4726764BBEFF53A50B35C05BBCE564EE11FE634E13A75B6DA | 07-06-2021 14:55:57 | Vixen | 06-18-2021 | 08-20-2021 | PA0002312012 |
| 53 | Info Hash: AB40567AB9EC9142F34C0B6DCC75D4EBD430291F File Hash: 9B9F45E04B0280205E7EDAB0A8ECC42BFE96E07BCC284D5365C6CDC5469DC274 | 07-06-2021 11:41:54 | Tushy | 06-27-2021 | 08-02-2021 | PA0002305088 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 54 | Info Hash: FCD69599AE3533B5F148CE148326F563572103F9<br>File Hash: 57C3F2930505CE912134A089067DC2080E9F681ED7F640743433FD7DB6E58586 | 06-23-2021 03:18:01 | Vixen | 06-04-2021 | 06-24-2021 | PA0002303620 |
| 55 | Info Hash: 617CA9ED4F993A3FA8FF10C9C8E2C365C611F3C2<br>File Hash: BEBCFBFD77CA2285D3BFB1987858BD972F8BCF1F652C9603AD8AAD6A416DED84 | 06-23-2021 02:24:14 | Tushy | 05-30-2021 | 06-24-2021 | PA0002303168 |
| 56 | Info Hash: 58CF3E07E868BD7F3DD5C52E6DF0D6BBAAE7C4D6<br>File Hash: 0326D1D9C7DB690DE9C12831581B36DD5B4347EF393B08A270AFB6138824E0EA | 06-23-2021 01:10:43 | Blacked Raw | 05-31-2021 | 06-15-2021 | PA0002296925 |